## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Sams, Thomas
Sams, Margaret
Printed: 4/22/08

Case Number:  08 B 00663
Judge:  Squires, John H
Filed:  1/11/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Ch 7 Conversion:  February 11, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,957.50 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,830.26 |
| Trustee Fee: |  | 127.24 |
| Other Funds: |  | 0.00 |
| Totals: | 1,957.50 | 1,957.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,501.50 | 1,830.26 |
| 2. | Park National Bank | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Auto Finance | Secured | 32,347.32 | 0.00 |
| 4. | Banco Popular | Secured | 9,197.00 | 0.00 |
| 5. | US Bank | Secured | 11,099.00 | 0.00 |
| 6. | Capital One Auto Finance | Secured | 19,531.00 | 0.00 |
| 7. | State Farm Financial Services | Secured | 9,898.00 | 0.00 |
| 8. | Capital One | Unsecured | 474.69 | 0.00 |
| 9. | Capital One | Unsecured | 649.49 | 0.00 |
| 10. | US Bank | Unsecured | 2.49 | 0.00 |
| 11. | Capital One | Unsecured | 1,332.30 | 0.00 |
| 12. | Wells Fargo Financial Bank | Unsecured | 839.99 | 0.00 |
| 13. | Bass & Associates | Unsecured | 31.09 | 0.00 |
| 14. | GE Money Bank | Unsecured | 110.00 | 0.00 |
| 15. | Capital One Auto Finance | Unsecured | 14.91 | 0.00 |
| 16. | Specialized Loan Servicing LLC | Secured | | No Claim Filed |
| 17. | GMAC Mortgage Corporation | Secured | | No Claim Filed |
| 18. | GMAC Mortgage Corporation | Secured | | No Claim Filed |
| 19. | Wells Fargo Home Mortgage | Secured | | No Claim Filed |
| 20. | Aegis Mortgage Co | Secured | | No Claim Filed |
| 21. | Capital One | Unsecured | | No Claim Filed |
| 22. | Chase Cardmember Services | Unsecured | | No Claim Filed |
| 23. | Allied Credit | Unsecured | | No Claim Filed |
| 24. | Household Retail Services | Unsecured | | No Claim Filed |
| 25. | WF FNB/VS | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Sams, Thomas | Case Number:  08 B 00663 |
| Sams, Margaret | Judge:  Squires, John H |
| Printed:  4/22/08 | Filed:  1/11/08 |

| | | | |
|---|---|---|---|
| 26.  Sears / Citibank SD | Unsecured | | No Claim Filed |
| 27.  Chase Cardmember Services | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 89,028.78 | $ 1,830.26 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 127.24 |
| | _____ |
| | $ 127.24 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.


Marilyn O. Marshall, Trustee, by: